# In The United States Court of Federal Claims

No. 10-455C

(Filed: December 8, 2010)

_____

ALAN B. FABIAN and
JACQUELINE M. RICHARDS-FABIAN,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 19, 2010, defendant filed a motion for stay of proceedings. On December 7, 2010, plaintiffs filed their response. The motion is hereby **GRANTED**. Accordingly:

1. Proceedings in this case are hereby **STAYED** until April 8, 2011;

2. If plaintiffs file a petition in the Tax Court on or before February 7, 2011, then plaintiffs shall notify the court within 14 days of that filing; and

3. If plaintiffs do not file a petition in the Tax Court, then on or before April 22, 2011, the parties shall file a joint status report, with a proposed schedule if appropriate, indicating how this case should proceed.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge