# In The United States Court of Federal Claims

No. 10-455C

(Filed: January 25, 2011)

_____

ALAN B. FABIAN and
JACQUELINE M. RICHARDS-FABIAN,

        Plaintiffs,

      v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from presiding over the above captioned case.  The Clerk is directed to reassign the above captioned case to another Judge of the court.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge